UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| GENERAL GEORGE SMALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV414-031 |
| ) | |
| STATE BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

This Court recently directed plaintiff General George Smalls to amend his complaint and comply with specific financial directives. Doc. 7. The docket reflects that a service copy of the notice was mailed to Smalls at the Salvation Army address that he provided. The notice was returned as undeliverable on June 3, 2014. Doc. 9 (return to sender envelope bearing this message: "No longer at The Salvation Army").

Plaintiff has neglected to provide the Court with a current mailing address. Local Rule 11.1 places a continuing duty on *pro se* litigants to keep the Court apprised of their current address. Without a litigant's current mailing address, the Court cannot move the case forward or even

communicate with petitioner.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, Smalls' complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co- op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 4TH day of June, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA