IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GENERAL GEORGE SMALLS, )
)
Plaintiff, )
)
v. ) CASE NO. CV414-031
)
STATE BOARD OF PARDONS AND )
PAROLES, GEORGIA DEPARTMENT )
OF CORRECTIONS, CHATHAM )
COUNTY SHERIFFS OFFICE, and )
SUPERIOR COURT OF CHATHAM )
COUNTY, )
)
Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA